IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAYNE M. WOODSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:04-cv-00100-GPM ) |
| PAM GRUBMAN, et al., | ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Motion to Provide the Addresses of Defendants Mavis Gross, Steven Doughty, the Menard Dietary Manager, and Dr. D. Hinderliter submitted by the U.S. Marshals Service on February 24, 2006 (Doc. 9). The motion is **GRANTED IN PART**.

The U.S. Marshals Service was ordered to effect service of process upon the defendants in the above-captioned case. The U.S. Marshals Service has been informed by Cynthia L. Gimber of the Illinois Department of Corrections (IDOC) that Mavis Gross is retired, that the Menard Dietary Manager is unidentifiable, and that both Steven Doughty and Dr. D. Hinderliter are contractual health care providers who are no longer employed. The U.S. Marshals Service requests an order directing the IDOC to provide the last known addresses for these Defendants. As only Mavis Gross, Steven Doughty, and Dr. D. Hinderliter are persons who can be served at this point, the U.S. Marshals Service's motion can only be directed to those Defendants.

**THEREFORE, IT IS HEREBY ORDERED** that for good cause shown, and in accord with Graham v. Satoski, 51 F.3d 710 (7th Cir. 1995), the IDOC shall provide the U.S. Marshals Service with the last known addresses of **Mavis Gross, Steven Doughty, and Dr. D.**

**Hinderliter** on or before **March 24, 2006.** The U.S. Marshals Service can be contacted at 618-482-9336 to arrange for the orderly conveyance of this information.

    **IT IS FURTHER ORDERED** that the U.S. Marshals Service shall reveal these addresses to the Clerk of Court as necessary for the conduct of routine business, otherwise the addresses shall be retained by the U.S. Marshals Service, in confidence.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this order on the U.S. Marshals for the Southern District of Illinois, as well as the Director of the Illinois Department of Corrections and the Personnel Office of the Illinois Department of Corrections, both at P.O. Box 19277, Springfield, IL 62794-9277.

**DATED:  March 9, 2006**

                                                        <u>s/ Donald G. Wilkerson</u>
                                                        **DONALD G. WILKERSON**
                                                        **United States Magistrate Judge**