IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAYNE M. WOODSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:04-cv-00100-GPM |
| PAM GRUBMAN, et al., | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Motion for Order to Provide the Address of Dr. Platt submitted by the U.S. Marshals Service on March 1, 2006 (Doc. 10). The motion is **TAKEN UNDER ADVISEMENT**. In this Motion, the Marshals Service indicates that it was informed by Cynthia Gimber that Dr. Platt, a Defendant, is no longer an employee. However, an examination of the letter attached to the motion reveals that Ms. Gimber informed the Marshals Service that there are two Dr. Platts employed at the Menard Correctional Center at the time of the allegations of the complaint. As such, IDOC cannot determine which Dr. Platts the Plaintiff is suing. In addition, Ms. Gimber also has informed the Marshals Service that a Defendant, the "Menard Dietary Manager" is unidentifiable.

Therefore, in order to effect service, the Plaintiff is **ORDERED** to identify which Dr. Platt he is suing and the name of the Menard Dietary Manager. The Plaintiff **SHALL** provide this information to the Court by **March 27, 2006.**

**DATED: March 9, 2006**

                                                            s/ Donald G. Wilkerson
                                                         **DONALD G. WILKERSON**
                                                         **United States Magistrate Judge**