IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DWAYNE M. WOODSON, )
 )
    Plaintiff, )
 )
v. ) Case No. 3:04-cv-100-GPM
 )
PAM GRUBMAN, et al., )
 )
    Defendants. )

**ORDER**

This matter is before the Court for the third time on the issue of service of the defendant, Dr. Platt.  The previous Orders entered by the Court, on March 9, 2006 and June 16, 2006 shall not be repeated here.  In brief, the defendants have timely indicated to the Court that the Dr. Platt who is named in the plaintiff's complaint is Dr. Robert Platt who is a dentist at the Menard Correctional Center.

In light of this information, the plaintiff is **ORDERED** to prepare a USM-285 for Dr. Robert Platt and to submit the document to the Clerk's Office as soon as possible but no later than **July 28, 2006**.  Upon receipt, the Clerk is directed to prepare Forms 1A and 1B, the request for waiver and waiver, respectively, and forward a copy of the complaint, the forms, and the USM-285 form, to the United States Marshal for service.  The United States Marshal is directed to serve Dr. Robert Platt in accordance with procedures outlined in this Court's June 16, 2006 Order **within seven(7) days of receipt of the documents**.

**DATED: July 10, 2006**

                                            **s/ Donald G. Wilkerson**
                                            **DONALD G. WILKERSON**
                                            **United States Magistrate Judge**